IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **PROSPERITY PARTNERS INC.** | ) | Case No. 23-17059 MCR |
| | ) | (Chapter 7) |
| **Debtor** | ) | |
| | ) | |
| * * * * * * * * * * * * | | |
| | ) | |
| **HARD MONEY PA LLC** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PROSPERITY PARTNERS INC.** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **ROGER SCHLOSSBERG** | ) | |
| *Chapter 7 Trustee* | ) | |
| | ) | |
| **Respondents.** | ) | |

**AMENDED NOTICE OF MOTION FOR RELIEF
FROM STAY AND HEARING THEREON
(7755 & 7757 Belle Point Drive, Greenbelt, MD 20770)**

Hard Money PA LLC ("Movant"), has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to exercise all rights against the property located at 7755 & 7757 Belle Point Drive, Greenbelt, MD 20770 (the "Property") under applicable state law and its rights under Movant's Commercial Flat Rate Note With Balloon Payment and Deed of Trust, Assignment of Rents and Security Agreement with the Debtor.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then by **December 9, 2024**, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Rebekah F. Paradis
Benjamin P. Smith
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

and

Roger Schlossberg
P.O. Box 2067
Hagerstown, MD 21742

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The hearing is scheduled for **January 9, 2025,** at **10:00 AM** in United States Bankruptcy Court, in Courtroom 3-C located at 6500 Cherrywood Lane, Greenbelt, MD 20770.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Respectfully submitted,

**SHULMAN ROGERS, P.A.**

By:   /s/ Rebekah F. Paradis
Rebekah F. Paradis (Bar No. 30948)
Benjamin P. Smith (Bar No. 17680)
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:   (301) 230-5257 (Paradis)
       (301) 230-5241 (Smith)
FAX:   (301) 230-2891
Email: rparadis@shulmanrogers.com
       bsmith@shulmanrogers.com

*Attorneys for Movant*

Dated:  November 25, 2024